IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| TIA JOHNSON and ) | |
| FRANCOIS JOHNSON, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 2:16-cv-2975-JTF-dkv |
| ) | |
| WELLS FARGO HOME MORTGAGE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

_____

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
_____

On January 3, 2017, the Magistrate Judge issued a report and recommendation pursuant to 28 U.S.C. § 636(b) and 28 U.S.C. § 1915 (e)(2)(B), recommending that Plaintiff Tia Johnson's motion to proceed *in forma pauperis* be denied and directing her to pay the $400 filing fee. The report also directed Plaintiff Francois Johnson to either complete a proper *in forma pauperis* affidavit, pay the filing fee within fourteen (14) days, or risk dismissal of his action. (ECF No. 6). No objections were filed. On January 11, 2017, Francois Johnson filed a completed *in forma pauperis* affidavit. On January 18, 2017, Tia Johnson paid the $400 civil filing fee as directed. (ECF Nos. 7 & 8). Accordingly, the Court finds that the Magistrate Judge's report and recommendation should be adopted in full.

**IT IS SO ORDERED** on this 18th day of January, 2017.

*s/John T. Fowlkes, Jr*.
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE